UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | 1:19-mc-00032-SAB; 1:19-mc-00033-SAB; 1:19-mc-00036; 1:19-mc-00037 |
| JOHN THOMAS, | |
| JORGE VELASQUEZ, | ORDER DIRECTING CLERK OF COURT TO CLOSE MISCELLANEOUS CASES |
| JOEL NUNEZ, | [ECF No. 3] |
| VICTOR ORTEGA | |

On May 13, 2019, the Court received notices from the above-named Plaintiffs requesting relief from the electronic case filing system at Avenal State Prison.

On May 16, 2019, the Court directed Supervising Deputy Attorney General, Christopher Becker, to file a response to Plaintiffs' requests or to electronically file the complaints.

On May 22, 2019, Deputy Attorney General, Joanna Hood, filed a notice indicating that: John Thomas (BG-6604) electronically filed his complaint in Thomas v. Diaz, E.D. Cal. No. 1:19-cv-00684-BAM, on May 17, 2019; Jorge Velasquez (AW-7177) electronically filed his complaint in Velasquez v. Diaz, E.D. Cal. No. 19-cv-00683-BAM, on May 17, 2019; Joel Nunez (K-63350) electronically filed his complaint in Nunez v. Diaz, E.D. Cal. No. 19-cv-00686-SAB, on May 17, 2019; and Victor Ortega (C-23996) electronically filed his complaint in Ortega v. Diaz, E.D. Cal. No. 19-cv-00687-JLT, on May 17, 2019.

In as much as the above-captioned complaints have now been electronically filed and a new civil rights action has been opened, the Clerk of Court is directed to close the instant miscellaneous cases.

IT IS SO ORDERED.

Dated:   **May 28, 2019**

UNITED STATES MAGISTRATE JUDGE